MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIANNA PENNA (CABN 290444)
Special Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5037
   Fax: (408)-535-5066
   E-Mail: brianna.penna@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR: 15-00144-BLF |
| ) | |
|    Plaintiff, ) | NOTICE OF DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| LEONEL ESPINOSA-ZAZUETA ) | |
| ) | |
|    Defendant. ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:  June 2, 2015                       Respectfully submitted,

                                                    MELINDA HAAG
                                                    United States Attorney

                                                     /s/
                                                   BRIANNA L. PENNA
                                                   Special Assistant U.S. Attorney

NOTICE OF DISMISSAL (CR 15-00144-BLF)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR: 15-00144-BLF |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| LEONEL ESPINOSA-ZAZUETA | ) ) | |
| Defendant. | ) ) | |

Leave is granted to the government to dismiss the indictment. The indictment is hereby ordered dismissed without prejudice.

Date: R'}^́ĜÁĢ∈FÍ

BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL (CR 15-00144-BLF)